UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

ELMO JOHN WIEMAN,

        Plaintiff,

  -against-

LONG ISLAND RAILROAD COMPANY,

        Defendant.

------------------------------------- x

ORDER

19 Civ. 7096 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 10, 2020 conference is rescheduled to July 7, 2020 at 9:30 a.m.

Dated: New York, New York
   March 31, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge