UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ELMO JOHN WIEMAN,

                    Plaintiff,

                    ORDER

-against-

                    19 Civ. 7096 (GBD)

LONG ISLAND RAILROAD COMPANY,

                    Defendant.

------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUN 3 0 2020*

GEORGE B. DANIELS, United States District Judge:

The July 7, 2020 conference is rescheduled to September 8, 2020 at 9:30 a.m.

Dated: New York, New York
June 30, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge