**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
ELMO JOHN WIEMAN,

                      Plaintiff,

    -against-                                   ORDER

LONG ISLAND RAILROAD COMPANY,        19 Civ. 7096 (GBD)

                      Defendant.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The September 8, 2020 conference is adjourned to September 29, 2020 at 9:45 a.m.

Dated: August 28, 2020
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE