# FLYNN & WIETZKE, P.C.

1205 Franklin Avenue, Suite 370
Garden City, N.Y. 11530
Tel: (516) 877-1234   Fax: (516) 877-1177

Marc Wietzke, Esq.
Admitted in NY & NJ

Offices throughout the Northeast
Toll Free: (866) 877-FELA

_____

Sean Constable, Esq.
Admitted in NY & MA

August 3, 2021

The proposed joint trial order, proposed voir dire and requests to charge shall be completed by August 13, 2021.

Hon. John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1310
New York, New York 10007

SO ORDERED.
Date: August 3, 2021
New York, New York

JOHN P. CRONAN
United States District Judge

RE:  WIEMAN V. LONG ISLAND RAIL ROAD CO.
     19 Civ. 07096 (JPC)

Dear Judge Cronan:

With respect to defendant's request for a one week adjournment for filing the Joint Pre-Trial Order and related trial submissions (docket #28), plaintiff does not oppose defendant's request.

Very truly yours,

Sean Constable

cc:    Thomas Chiofolo, Esq.