```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ELMO JOHN WIEMAN,                                                  :
                                                                   :
                              Plaintiff,                           :
                                                                   :            19-CV-7096 (JPC)
             -v-                                                   :
                                                                   :                ORDER
LONG ISLAND RAILROAD COMPANY,                                      :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      The Court will hold a teleconference in this matter on August 17, 2021 at 10:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

      SO ORDERED.

Dated: August 13, 2021
       New York, New York

                                                              JOHN P. CRONAN
                                                   United States District Judge