UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                         :
ELMO JOHN WIEMAN,                             :
                                                         :
                      Plaintiff,             :
                                                         :                          19-CV-7096 (JPC)
                  -v-                                   :
                                                         :                              ORDER
LONG ISLAND RAILROAD COMPANY,      :
                                                          :
                      Defendant.          :
                                                          :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       As stated during the August 19, 2021 conference, the parties shall be ready for trial by January 10, 2022. The Court will hold a final pretrial conference on January 4, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY.

       SO ORDERED.

Dated: August 20, 2021
       New York, New York

                                                          JOHN P. CRONAN
                                                 United States District Judge